UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                Plaintiff,<br><br>    v.<br><br>FACEBOOK, INC.,<br><br>                Defendant. | No. 2:18-cv-1031<br><br>DECLARATION OF FILING NOTICE OF REMOVAL WITH STATE COURT CLERK |

WILLIAM B. STAFFORD declares:

1.    I am an attorney representing Defendant Facebook, Inc.

2.    On July 13, 2018, I filed with the Clerk of the Superior Court of the State of Washington for King County a copy of the Notice to Clerk of Superior Court of Removal, together with a copy of the Notice of removal, via messenger. A conformed copy of the Notice to Clerk of Superior Court of Removal is attached hereto.

DECL. OF FILING NOTICE OF REMOVAL
WITH STATE COURT CLERK – 1

140458545.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

I declare under penalty of perjury under the laws of the United States and State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington, this 13th day of July, 2018.

*s/ William B. Stafford*
William B. Stafford, WSBA No. 39849

DECL. OF FILING NOTICE OF REMOVAL WITH STATE COURT CLERK – 2

140458545.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On July 13, 2018, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

## DECLARATION OF FILING NOTICE OF REMOVAL WITH STATE COURT CLERK

| | |
|---|---|
| Linda A. Dalton<br>LindaD@ATG.WA.GOV<br>S. Todd Sipe<br>ToddS4@ATG.WA.GOV<br>Attorney General of Washington<br>Campaign Finance Unit<br>P. O. Box 40100<br>1125 Washington St. S.E.<br>Olympia, WA 98504<br><br>Attorneys for Plaintiff | __X__ Via Email Transmission<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Facsimile<br>____ Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 13th day of July 2018.

/s *Cindy Anderson*
Legal Practice Assistant

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

140458545.1