THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>Defendant. | No. 2:18-cv-01031 JLR<br><br>STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND DEFENDANT'S RESPONSE DEADLINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**July 18, 2018** |

## STIPULATION

The State of Washington and Facebook, Inc. ("Facebook"), by their respective counsel, stipulate as follows:

1. Facebook accepted service of the complaint filed against it in King County Superior Court, No. 18-2-14129-0, on June 14, 2018.

2. Facebook filed a notice of removal in this Court on July 13, 2018.

3. Facebook has not answered or otherwise responded to the complaint, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Facebook's initial response absent this stipulation would be due on July 20, 2018, 7 days after the filing of the notice of removal.

4. This is Facebook's first request for such an extension in this case.

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) –1
60406-0094/140627162.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

5. The parties believe that additional time prior to a responsive filing will provide them with an opportunity to explore an early resolution of this matter.

6. This stipulation is consistent with Local Rule 7(j) because, in light of the July 20, 2018 deadline for filing Facebook's answer or Rule 12 motion, there is insufficient time for Facebook to file a regularly noticed motion pursuant to Local Rule 7(d)(2).

7. The parties enter this extension in good faith with no intent to prolong proceedings unduly and respectfully request that the Court grant the extension of time.

**NOW THEREFORE,** good cause having been shown, the Parties hereby respectfully request an order **continuing Facebook's response deadline to August 20, 2018.**

DATED: July 18, 2018

| s/ Linda A. Dalton | s/ James R. McCullagh |
|---|---|
| Linda A. Dalton, WSBA No. 15467<br>LindaD@atg.wa.gov<br>**Attorney General of Washington**<br>Campaign Finance Unit<br>PO Box 40100<br>Olympia, WA 98504-0100<br>Telephone: 360.753.6200<br><br>Attorneys for Plaintiff<br>State of Washington | James R. McCullagh, WSBA No. 27744<br>JMcCullagh@perkinscoie.com<br>Ben Stafford, WSBA No. 39849<br>BStafford@perkinscoie.com<br>Hayley L. Berlin, WSBA No. 43566<br>HBerlin@perkinscoie.com<br>Rachel A.S. Haney, WSBA No. 52637<br>RHaney@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for Defendant<br>Facebook, Inc. |

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) –2
60406-0094/140627162.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

[~~PROPOSED~~] **ORDER**

IT IS SO ORDERED.

DATED this 19th day of July, 2018

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s/ James R. McCullagh
James R. McCullagh, WSBA No. 27744
JMcCullagh@perkinscoie.com
Ben Stafford, WSBA No. 39849
BStafford@perkinscoie.com
Hayley L. Berlin, WSBA No. 43566
HBerlin@perkinscoie.com
Rachel A.S. Haney, WSBA No. 52637
RHaney@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Facebook, Inc

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) – 3
60406-0094/140627162.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000