THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>            Plaintiff,<br><br>v.<br><br>FACEBOOK, INC.,<br><br>            Defendant. | No. 2:18-cv-01031 JLR<br><br>STIPULATED MOTION AND<br>[PROPOSED] ORDER TO EXTEND<br>DEFENDANT'S RESPONSE DEADLINE<br><br>**NOTE ON MOTION CALENDAR:**<br>**August 20, 2018** |

## STIPULATION

The State of Washington and Facebook, Inc. ("Facebook"), by their respective counsel, stipulate as follows:

1.  Facebook accepted service of the Complaint filed against it in King County Superior Court, No. 18-2-14129-0, on June 14, 2018.

2.  Facebook filed a Notice of Removal in this Court on July 13, 2018.

3.  The State filed a Motion for Remand on August 13, 2018.

4.  Facebook has not answered or otherwise responded to the Complaint, and pursuant to Fed. R. Civ. P. 81(c)(2)(C), Facebook's initial response would have been due on July 20, 2018. On July 19, 2018, the Court granted an order to extend Facebook's response deadline to August 20, 2018.

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) –1
140931744.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

5. Facebook's response to the State's Motion for Remand is due September 4, 2018 and the noting date is September 7, 2018.

6. The parties believe that deferring Facebook's response to the Complaint until after the Court resolves the jurisdictional issue presented by the State's Motion for Remand will avoid burdening the Court with additional filings and allow the parties to best utilize their resources.

7. The parties enter this extension in good faith with no intent to prolong proceedings unduly and respectfully request that the Court grant the extension of time.

NOW THEREFORE, good cause having been shown, the Parties hereby respectfully request an order continuing Facebook's response deadline to the Complaint until seven (7) calendar days after the Court's ruling on the State's Motion to Remand.

DATED: August 20, 2018

| *s/ Linda A. Dalton* | *s/ James R. McCullagh* |
|---|---|
| Linda A. Dalton, WSBA No. 15467<br>LindaD@atg.wa.gov<br>S. Todd Sipe, WSBA No. 23203<br>ToddS4@atg.wa.gov<br>**Attorney General of Washington**<br>PO Box 40100<br>Olympia, WA 98504-0100<br>Telephone: 360.753.6200<br><br>Attorneys for Plaintiff<br>State of Washington | James R. McCullagh, WSBA No. 27744<br>JMcCullagh@perkinscoie.com<br>Ben Stafford, WSBA No. 39849<br>BStafford@perkinscoie.com<br>Hayley L. Berlin, WSBA No. 43566<br>HBerlin@perkinscoie.com<br>Rachel A.S. Haney, WSBA No. 52637<br>RHaney@perkinscoie.com<br>**Perkins Coie LLP**<br>1201 Third Avenue, Suite 4900<br>Seattle, WA 98101-3099<br>Telephone: 206.359.8000<br>Facsimile: 206.359.9000<br><br>Attorneys for Defendant<br>Facebook, Inc. |

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) –2
140931744.1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

[~~PROPOSED~~] ORDER

IT IS SO ORDERED.

DATED this 21st day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

/s James R. McCullagh
James R. McCullagh, WSBA No. 27744
JMcCullagh@perkinscoie.com
Ben Stafford, WSBA No. 39849
BStafford@perkinscoie.com
Hayley L. Berlin, WSBA No. 43566
HBerlin@perkinscoie.com
Rachel A.S. Haney, WSBA No. 52637
RHaney@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

Attorneys for Defendant
Facebook, Inc.

STIPULATED MOTION TO EXTEND
DFT'S RESPONSE DEADLINE
(No. 2:18-cv-1031) –3
140931744.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000