UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
OFFICE OF THE CLERK
AT SEATTLE

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

November 13, 2018

King County Superior Court
516 3rd Ave
Seattle, WA 98104

RE: *State of Washington v. Facebook, Inc*
Case #2:18–cv–01031–JLR

Dear Clerk:

Please find enclosed the certified copy of Judge James L. Robart's *Order Remanding Case to State Court* in the above–referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 18–2–14129–0 SEA

*Assigned to Judge*:_____

*Completed by Deputy Clerk*: _____

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Tomas Hernandez,
*Deputy Clerk*

Enclosures