**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

**FILED**
KING COUNTY, WASHINGTON
NOV 20 2018
DEPARTMENT OF
JUDICIAL ADMINISTRATION

November 13, 2018

King County Superior Court
516 3rd Ave
Seattle, WA 98104

RE: *State of Washington v. Facebook, Inc*
Case #2:18-cv-01031-JLR

Dear Clerk:

Please find enclosed the certified copy of Judge James L. Robart's *Order Remanding Case to State Court* in the above-referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 18-2-14129-0 SEA

*Assigned to Judge*: TBD due to annual assignment changes.

*Completed by Deputy Clerk*: JF

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Tomas Hernandez,
*Deputy Clerk*

Enclosures

**OFFICIAL BUSINESS**
**PENALTY FOR PRIVATE USE $300**

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY ADMIN OFFICE OF THE U.S. COURTS

CLERK U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
700 STEWART ST, SUITE 2310
SEATTLE WA 98101-9906

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

